# Grace Perkins

| | |
|---|---|
| **From:** | Rodney Harrell <rodney.harrell@ymail.com> |
| **Sent:** | Tuesday, September 10, 2024 12:50 AM |
| **To:** | IntakeTNWD |
| **Subject:** | 1:24-cv-2303, Harrell v. Spring Oaks Capital, LLC |
| **Attachments:** | MOTION TO AMEND PLEADINGS.pdf; MOTION TO AMEND PLEADINGS.docx; EXHIBIT1_AMENDED COMPLAINT.pdf; MEMORANDUM OF LAW.pdf; PROPOSED ORDER.pdf; PROPOSED ORDER.docx; MEMORANDUM OF LAW.docx |

**CAUTION - EXTERNAL:**

**CAUTION - EXTERNAL:**

To Whom It May Concern;

The following attachments are listed as: Motion to Amend Pleading, Amended Complaint, Memorandum of Law, & Proposed Order for the Honorable Judge Anderson. I was told to put all documents in PDF form, but Local Rule mentioned word document as well. I will have copies of both. Thank You

Sincerely,

Rodney Harrell

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.